**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| CHARLES ROSS, | ) | NO. EDCV 09-01200 DDP (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LELAND McEWEN, Acting Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 5, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE